FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICOH USA, INC. | CIVIL ACTION |
| v. | NO. 19-152 |
| RAYMOND BAILON *et al.* | |

## ORDER

**AND NOW**, this 6th day of December, 2019, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 9), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED** without prejudice.

2. Plaintiff may file a first amended complaint, if desired, on or before **December 20, 2019**. Failure to do so will result in dismissal of this action with prejudice without further notice.

BY THE COURT:

Judge John Milton Younge